**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Juan Gabriel PEREZ–PADRON,**
**Defendant–Appellant.**

No. 14–50380
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

March 13, 2015.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

---

Bradford W. Bogan, Assistant Federal Public Defender, Maureen Scott Franco, Federal Public Defender, Federal Public Defender's Office, San Antonio, TX, for Defendant–Appellant.

Before PRADO, OWEN, and GRAVES, Circuit Judges.

PER CURIAM: *

Juan Gabriel Perez–Padron (Perez) appeals his conviction and sentence for being unlawfully present in the United States following removal. His sole argument on appeal is that the district court's written judgment erroneously provided that he was convicted under 8 U.S.C. § 1326(a), (b)(1), and (b)(2) when he was convicted only under § 1326(a) and (b)(1). The Government agreed with Perez; and this court granted the Government's unopposed motion to modify the judgment and for a limited remand for entry of a corrected judgment. The district court subsequently entered a corrected judgment providing that Perez was convicted under § 1326(a) and (b)(1). The Government now moves for summary affirmance.

Perez has received all of the relief that he seeks in the present appeal. Thus, the basis for the present appeal no longer exists, and summary affirmance is appropriate. *See United States v. Holy Land Found. for Relief & Dev.*, 445 F.3d 771, 781 & n. 5 (5th Cir.2006). Accordingly, the unopposed motion for summary affirmance

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

is GRANTED, and the judgment of the district court is AFFIRMED.